1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEI LING, | Case No. 2:11-CV-07774-SVW (Ex) |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| CITY OF LOS ANGELES, CALIFORNIA, et al., | |
| | JS-6 |
| Defendants. | |

# JUDGMENT

**WHEREAS**, on November 14, 2012, the Court (1) granted Motions for Summary Judgment filed by defendants City of Los Angeles ("City"), CRA/LA, a designated local authority, successor to Community Redevelopment Agency for the City of Los Angeles, Redrock NoHo Residential, LLC, Legacy Partners Residential, Inc., FPI Management, Inc. and Guardian/KW Noho, LLC (collectively referred to as "Defendants"), and (2) on its own motion, dismissed the action against defendant JSM Florentine, LLC for lack of prosecution. (Docket no. 231.)

**WHEREAS**, on November 19, 2012, the Court entered an order dismissing the City's Crossclaim for contribution and indemnity. (Docket no. 233.)

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. The entire action filed by plaintiff Mei Ling ("Plaintiff") against Defendants is dismissed with prejudice;
2. Plaintiff shall take nothing from Defendants; and
3. The City's Crossclaim is dismissed.

**IT IS SO ORDERED** this 28th day of November, 2012.

_____
The Hon. Stephen V. Wilson
United States District Judge